**UNITED STATES BANKRUPTCY COURT**

Lynchburg/Western District of Virginia

In Re: CASE NO: 12-60195
ROGER A., JR. PAYNE

Certificate of Mailing

ROGER A., JR. PAYNE
4209 HAWKINS LANE
BARBOURSVILLE, VA  22923

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed to the above.

Dated: October 18, 2018                                  /s/ Herbert L. Beskin
                                                          Herbert L. Beskin
                                                          P.O. Box 2103
                                                          Charlottesville, VA  22902
                                                          Ph: 434-817-9913; Email: ch13staff@cvillech13.net